IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAJANAE ANDERSON, on behalf of herself and others similarly situated, | : : : | 2:20-cv-03014-RAL |
| v. | : : | |
| LIBERTY HEALTHCARE CORPORATION and SARGENT'S PERSONNEL AGENCY, INC. | : : : : | |
| CRISTINE WILLIAMS, on behalf of herself and others similarly situated,<br>               Plaintiff,<br>v. | : : : : : : | 2:21-cv-00691-RAL |
| LIBERTY HEALTHCARE CORPORATION and ADVANCE SOURCING CONCEPTS LLC | : : : | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR APPROVAL OF SETTLEMENT**

Originating Plaintiffs Tajanae Anderson and Cristine Williams and the 48 other employees who opted-in to the FLSA collective (together "Plaintiffs") and Defendants Liberty Healthcare Corp., Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "Defendants") have settled this Fair Labor Standards Act ("FLSA") lawsuit per the accompanying Collective Action Settlement Agreement.  The settlement requires Defendant to pay $585,000 plus employer-side taxes associated with the settlement payments.  Although the Third Circuit has not specifically addressed the issue, most judges agree that FLSA collective settlements must be judicially reviewed for fairness.  As discussed in the accompanying memorandum of law, judicial approval is warranted.

**WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion and approve

the settlement.  A proposed order is attached.

Date:  September 30, 2021                                   Respectfully,

                                                                      _____
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Michelle L. Tolodziecki
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025