IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAJANAE ANDERSON, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>LIBERTY HEALTHCARE CORPORATION and SARGENT'S PERSONNEL AGENCY, INC. | : : : : : : : : : : | 2:20-cv-03014-RAL |
| CRISTINE WILLIAMS, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>LIBERTY HEALTHCARE CORPORATION and ADVANCE SOURCING CONCEPTS LLC | : : : : : : : : : : : | 2:21-cv-00691-RAL |

**SUPPLEMENT TO PLAINTIFF'S UNOPPOSED**
**MOTION FOR APPROVAL OF THE SETTLEMENT**

At page 10 of plaintiffs' memorandum of law seeking approval of the instant settlement, I stated that release forms had been sent to the plaintiffs and that I expected "all or almost all" of the plaintiffs to sign the forms. In this regard, I attach executed release forms from 48 of the 50 plaintiffs. My firm is awaiting forms from plaintiffs Elizabeth Hoherchak (who is in the process of returning the forms by mail) and Kristi Anderson (who we have not been able to reach to date). Plaintiffs submit that these completed release forms confirm that the collective is pleased with the settlement.

Date: November 11, 2021

Respectfully,

_Peter Winebrake_

_____
Peter Winebrake
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

## RELEASE OF CLAIMS

I, Lynne Alwine, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$9,563.36** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

_10/13/21_
**Date**

_Lynne Alwine_
**Signature**

**Mail my settlement check to:**

**RELEASE OF CLAIMS**

I, Tajanae Anderson, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$3,187.79** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

11/3/2021
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Jose Anteparra, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$5,578.63** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

_9/30/21_
**Date**

_____
**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, Melissa Blazina, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$11,600.00** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/02/2021
**Date**

*Melissa Blazina*
**Signature**

**Mail my settlement check to:** _____ ████████████████████████

## RELEASE OF CLAIMS

I, Paula Blose, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$4,870.23** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

_10/3/2021_
**Date**

_Paula L. Blose_
**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, Carole Caramila, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$11,865.65** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/21/21
**Date**

_____
**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, Allison Cave, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$15,850.38** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10·5·21
**Date**

Allison Cave
**Signature**

**Mail my settlement check to:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## RELEASE OF CLAIMS

I, Trinidad Cedeno, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$14,787.79** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/1/21
**Date**

Trinidad Cedeno
**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, Rodney DeAngelo, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$ 442.75** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/8/2021
**Date**

*[signature]*
**Signature**

**Mail my settlement check to:** ████████████████████████

## RELEASE OF CLAIMS

I, William Decker, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$5,224.43** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/5/2021
**Date**

**Signature**

**Mail my settlement check to:** ███████████████████████████████

## RELEASE OF CLAIMS

I, Maggie Deitzer-Harvey, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$10,891.60** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/13/2021
**Date**

M. Deitzner-Harvey
**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, Meyers Ephraim, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$10,625.95** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/20/2021
**Date**

**Signature**

**Mail my settlement check to:** ____

*As discussed with lawyer my husband passed away on 8/23/2021 - I've attached death certificate*

DocuSign Envelope ID: 6FC1CB93-79D5-4977-B84D-EC3481238D54

**RELEASE OF CLAIMS**

I, Doree Flinn, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$9,917.56** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

11/10/2021
_____
**Date**

DocuSigned by:

*Doree Flinn*
B99664C8F9634E2...
**Signature**

**Mail my settlement check to:** ████████████████████████ _____

## RELEASE OF CLAIMS

I, Shanaya Ford, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$7,526.72** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/4/21
**Date**

*Shanaya Ford*
**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Tammy Gerenda, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$15,761.83** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

_10/4/21_
**Date**

_(signature)_
**Signature**

**Mail my settlement check to:** _[redacted]_

## RELEASE OF CLAIMS

I, Rachel Gething, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$18,418.32** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/1/21
**Date**

*Rachel Gething*
**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Felicia Gibson, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$14,345.04** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/01/2021
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Cristy Haberkorn, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$4,870.23** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

9/30/21
**Date**

Cristy Haberkorn
**Signature**

**Mail my settlement check to:** ██████████████████████████████

## RELEASE OF CLAIMS

I, Kelly Henretty, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$12,662.60** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10-16-21
**Date**

*Kelly Henretty*
**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Kelly Henry, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$2,125.19** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/31/21
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Joel Holsopple, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$1,682.44** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/30/21
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Alexa Jordano, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$15,319.08** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/31/21
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Kristin Keefe, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$4,427.48** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/5/2021
**Date**

**Signature**

**Mail my settlement check to:**

### RELEASE OF CLAIMS

I, Karen Kemmer, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$15,319.08** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

_10/1/21_
**Date**

_(signature)_
**Signature**

**Mail my settlement check to:** ███████████████████████████

## RELEASE OF CLAIMS

I, Robert Kifer, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$6,375.57** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/04/2021
**Date**

**Mail my settlement check to**

## RELEASE OF CLAIMS

I, Kyle Kuehne, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$6,287.02** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

9/30/2021
**Date**

**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, Elise Layton, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$8,412.21** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/7/21
**Date**

*Elise Layton*
**Signature**

**Mail my settlement check to:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## RELEASE OF CLAIMS

I, Angelica Levesque, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santilio, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$10,625.95** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

9/30/2021
**Date**

*Angelica Levesque*
**Signature**

**Mail my settlement check to:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

## RELEASE OF CLAIMS

I, John Lindblom, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$3,010.69** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/06/21
**Date**

*John Snider*
**Signature**

**Mail my settlement check to:** ████████████████████████████

## RELEASE OF CLAIMS

I, Kelly McCracken, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$18,152.67** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/4/2021
**Date**

*Kelly McCracken*
**Signature**

**Mail my settlement check to:** ███████████████████████████████████

## RELEASE OF CLAIMS

I, Shannon Murphy, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$5,047.33** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/4/21
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Margaret Newcomb, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$3,276.34** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10-1-2021
**Date**

_Margaret S. Newcomb_
**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, April Orndorff, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$8,589.31** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/6/2021
**Date**

*(signature)*
**Signature**

**Mail my settlement check to:** ████████████████████████████

## RELEASE OF CLAIMS

    I, Andrea Raffensberger, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

    I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

    I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$1,239.69** ("Settlement Payment"). I want to receive this Settlement Payment.

    I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

    I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

    I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

    I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/1/2021
_____
**Date**

_(signature)_
_____
**Signature**

**Mail my settlement check to:** ████████████████████████████

## RELEASE OF CLAIMS

I, Jamie Renshaw, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$2,567.94** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/4/21
**Date**                                                    **Signature**

**Mail my settlement check to:**

### RELEASE OF CLAIMS

I, Cynthia Resick, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$15,584.73** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/2/21
**Date**

**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, Jerry Roberts, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$9,917.56** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/4/21
**Date**

**Signature**

**Mail my settlement check to:** _____

## RELEASE OF CLAIMS

I, Kimberly Russell, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.,* 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.,* 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$7,349.62** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/01/2021
**Date**

*Kimberly Russell*
**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Rudy Russell, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$1,859.54** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/04/2021
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Heidi Shupe, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$6,552.67** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/7/2021
**Date**

*Heidi Shupe*
**Signature**

**Mail my settlement check to:**  ████████████████████████████

**RELEASE OF CLAIMS**

I, Danielle Stahley, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$6,729.77** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/18/21
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Dawn Swartz, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$8,323.66** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/1/21
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Jessica Thompson, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$6,818.32** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/19/2021
**Date**

_Jessica Thompson_
**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Steve Wadkins, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$4,073.28** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10/7/2021
**Date**

**Signature**

**Mail my settlement check to:**

## RELEASE OF CLAIMS

I, Azasha White, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$10,183.21** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

_10/1/2021_
**Date**

_Azasha White_
**Signature**

**Mail my settlement check to:** _____

DocuSign Envelope ID: B0CC2717-0BF5-40B1-8375-C6B09270AC28

## RELEASE OF CLAIMS

I, Cristine Williams, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$ 796.95** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

11/10/2021
_____
**Date**

_____
**Signature**

**Mail my settlement check to:** ███████████████████ _____

**RELEASE OF CLAIMS**

I, Alissa Wright, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final ***only if*** the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$7,438.17** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

11/08/2021
**Date**

*(signature)*
**Signature**

**Mail my settlement check to:**

## **RELEASE OF CLAIMS**

I, Cynthia Yusko, understand that I am a plaintiff in one of the following lawsuits: *Anderson v. Liberty Healthcare Corporation, et al.*, 2:20-cv-03014 or *Williams v. Liberty Healthcare Corporation, et al.*, 2:21-cv-00691 ("the Actions"). The Actions are pending in the United States District Court for the Eastern District of Pennsylvania ("the Court").

I understand that the Actions have been settled and that, if the Court approves the settlement, Defendants Liberty Healthcare Corporation, Sargent's Personnel Agency, Inc., and Advance Sourcing Concepts LLC (together "the Companies") will make a total combined settlement payment of $585,000 to be divided as follows: (i) $406,000 will be divided among myself and the other 49 plaintiffs covered by the Actions; (ii) $169,000 (equaling approximately 29% of the total payment) will be paid to Winebrake & Santillo, LLC as attorney's fees and expenses; and (iii) $5,000.00 service awards payments will be paid to the two individuals who originated the lawsuit.

I understand that the settlement will become final *only if* the Court approves the settlement as fair and reasonable. I also understand that, if the settlement is approved, I will receive a pre-tax payment of **$15,141.98** ("Settlement Payment"). I want to receive this Settlement Payment.

I understand that my Settlement Payment will be made by payroll check, will be reduced by all taxes and withholdings ordinarily paid by employees, and will be reflected in an IRS W-2 form mailed to me at the end of the year.

I understand and agree that, in exchange for my Settlement Payment, I (on behalf of myself and my heirs, spouse, executors, assigns, and/or representatives) **RELEASE** the Companies (as defined above) and any of their parents, franchisors, partners, subsidiaries, owners, officers, directors, members, affiliates, predecessors, agents, employees, successors, assigns, representatives, and/or other persons or entities acting on their behalf from all legal or equitable claims (including, but not limited to, claims for the reimbursement of liquidated damages, interest, penalties, attorney's fees and litigation costs and expenses) arising prior to the date on which the Court approves the settlement and either asserted in or reasonably related to the Action, including but not limited to all such claims for unpaid regular or overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§ 333.101, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. §§ 260.1, *et seq.*, or any other federal, state, or local statute, regulation, rule, or common law theory.

I have not assigned or transferred, or purported to assign or transfer, to any other person or entity any rights or interests pertaining to the Actions, the settlement, or this Release of Claims.

I have had an opportunity to discuss the settlement and this Release of Claims with my lawyers from the law firm Winebrake & Santillo, LLC. I agree, of my own free will and without any duress or coercion of any kind, to be bound by the terms of this Release of Claims if the Court approves the settlement of the Actions.

10|6|21
**Date**

**Signature**

**Mail my settlement check to:**